UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
DANLEY PHILLIPS,

                                Plaintiffs,

      -against-

THE CITY OF NEW YORK, et al.,                08 CV 2921 (MGC)(RLE)

                               Defendants.
-------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/08

STIPULATION

      IT IS HEREBY AGREED TO AND STIPULATED by and between the parties that the time for the defendants City of New York and New York City Department of Homeless Services to answer or otherwise respond to the complaint is enlarged to June 16, 2008.

Dated: New York, New York
       April 16, 2008

David Segal, Esq.
Attorney for Plaintiffs
30 Vesey Street, Room 900
New York, New York 10007
(212) 406-9200

By: _____
    David Segal

MICHAEL A. CARDOZO
   Corporation Counsel
   of the City of New York
   Attorney for Defendants
100 Church Street
New York, NY 10007
(212) 788-1523

By: _____
    Leticia J. Santiago
    Senior Counsel

SO ORDERED:

S/
_____
U.S.D.J.
April 22, 2008