UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

DANLEY PHILLIPS,

                      Plaintiff,                **NOTICE OF APPEARANCE**

        -against-                              08-CV-2921 (MGC)

City of New York, et al.,

                      Defendants.

------------------------------------------------------------------------x

        **PLEASE TAKE NOTICE** that **Maurice L. Hudson**, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendant City of New York, effective immediately.

Dated: New York, New York
       May 19, 2008

                                              MICHAEL A. CARDOZO
                                              Corporation Counsel
                                                  of the City of New York
                                              Attorney for Defendant City of New York
                                              100 Church Street, Room 3-209
                                              New York, New York 10007
                                              (212) 788-8684

                                  By:   _/s/ Maurice L. Hudson_____
                                                 Maurice L. Hudson
                                                 Special Federal Litigation Division

To:    David Segal, Esq. (By ECF)
          _Attorney for Plaintiff_
          30 Vesey St., Room 900
          New York, NY 10007