Case 1:08-cv-02921-MGC   Document 5   Filed 06/23/2008   Page 1 of 1
06/20/2008  Case 1:08-cv-02921-MGC   Document 4   Filed 06/20/2008   Page 3 of 3   ☐002/002

2127884123                                              05:52:17 p.m.   06-20-2008        2/2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
DANLEY PHILLIPS,

                                  Plaintiffs,

    -against-

THE CITY OF NEW YORK, et al.,                             08 CV 2921 (MGC)(RLE)

                                 Defendants.
---------------------------------------------------------------- x

**STIPULATION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/23/08

IT IS HEREBY AGREED TO AND STIPULATED by and between the parties that the time for the defendants City of New York and New York City Department of Homeless Services to answer or otherwise respond to the complaint is enlarged to August 15, 2008, and that the initial conference presently scheduled for June 24, 2008, is adjourned to a time thereafter convenient to the Court.

Dated: New York, New York
         June 20, 2008

| | |
|---|---|
| David Segal, Esq.<br>Attorney for Plaintiffs<br>30 Vesey Street, Room 900<br>New York, New York 10007<br>(212) 406-9200<br><br>By: _/s/ David Segal_<br>    David Segal | MICHAEL A. CARDOZO<br>Corporation Counsel<br>of the City of New York<br>Attorney for Defendants<br>100 Church Street<br>New York, NY 10007<br>(212) 788-8684<br><br>By: _/s/_<br>    Maurice L. Hudson<br>    Assistant Corporation Counsel |

SO ORDERED:

_____
U.S.D.J.   June 23, 2008